IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

FREDDY ALEXANDER HORMAZABAL,

Appellant,

v.

Case No.  5D22-586
LT Case No. 59-2017-CF-001824-A

STATE OF FLORIDA,

Appellee.

_____/

Decision filed October 25, 2022

3.850 Appeal from the Circuit Court
for Seminole County,
William S. Orth, Judge.

Lori Wurtzel, of Wurtzel Law, PLLC,
Winter Park, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

AFFIRMED.

LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.